UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                                    ] | Cr. No. 23-cr-73-SE-AJ |
| ] | |
| BRIAN LANDRY                 ] | |

**SENTENCING MEMORANDUM**

The defendant, Brian Landry, through his counsel, Dorothy E. Graham, files this Sentencing Memorandum respectfully requesting the Court to sentence him to two years of probation. Based on Mr. Landry's military service, his physical disabilities, and cognitive issues, a period of probation is an appropriate sentence.

On June 2, 2023, Mr. Landry was arrested for the instant offense. He was released after his initial appearance in court. Since that time, he has been supervised by U.S. Pretrial Services and has remained compliant.

Nature of Offense and Personal Characteristics

Mr. Landry is a 69-year-old Veteran with no criminal history. He was honorably discharged from the U.S. Army at the rank of E-4 Corporal in June of 1978. He received his high school diploma while in the service and obtained an associate's degree in applied science from New Hampshire Vocational Technical College in Nashua in 1996. In 2011, Mr. Landry's life took a drastic turn. He suffered a hemorrhagic stroke, required neurosurgery, and remained in a coma for a number of months. A CT scan revealed extensive brain tissue damage. The long-term effects for Mr. Landry were seizures and short-term memory issues. Since his seizure, Mr. Landry has lived alone but receives support from family, Meals on Wheels, and VA clinicians.

On or about May 17, 2023, Mr. Landry left a threatening voicemail for a U.S. Senator. When the FBI showed up at Mr. Landry's home in New Hampshire, he admitted to calling the U.S. Senator because he was upset the senator was blocking military promotions. Mr. Landry denied any intention or desire to commit violence against the senator.

Post arrest, Albert Drukteinis, M.D. J.D., conducted a neurocognitive evaluation of Mr. Landry.  Dr. Drukteinis diagnosed Mr. Landry with "Mild Vascular Neurocognitive Disorder with moderate and at times severe executive dysfunction that includes anger reactions out of proportion to the circumstances." Additionally, he found that Mr. Landry's "diminished capacity to control his reactions as a result of his hemorrhagic stroke and . . .[his] chronic brain tissue damage" may have contributed to the commission of the offense.  Since that evaluation, the Veteran's Administration conducted further cognitive testing and determined that Mr. Landry has significant deficits in executive functioning and that a diagnosis of Major Neurocognitive Disorder is warranted.

When agents arrived at Mr. Landry's home to investigate the threat, Mr. Landry was responsive, forthcoming, and compliant.  After Mr. Landry had his initial appearance, he quickly connected with the VA and obtained services.  Specifically, he completed an anger management group in December of 2023 through the VA. For over two years, Mr. Landry has complied with the terms of U.S. Pretrial Services. These are all indicators that Mr. Landry will continue to comply with supervision and is amendable to rehabilitation.  Furthermore, Mr. Landry's history and lack of criminal record suggests that his conduct in May of 2023 was an aberration. Finally, Mr. Landry's cognitive issues clearly contributed to this offense.

Conclusion

The paramount directive in 18 U.S.C. §3553(a) is that the Court must impose a sentence that is "sufficient, but not greater than necessary," to achieve the purposes of the sentencing statute. 18

U.S.C. §3553(a). Mr. Landry respectfully asks the Court to sentence him to two years of probation as contemplated in the plea agreement reached pursuant to Fed. R. Crim. P. 11(c)(1)(A) and (C).

No separate memorandum of law is filed as all points and authorities are contained herein.

                                              Respectfully submitted,
BRIAN LANDRY
By His Attorney,

Date:   September 18, 2025              /s/ *Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: dorothy_graham@fd.org

## CERTIFICATE OF SERVICE

I, Dorothy E. Graham, hereby certify that a true copy of the above document was served upon AUSA Charles Rombeau via ECF.

                                              /s/ *Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: dorothy_graham@fd.org